**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

WETRO LAN LLC,

        Plaintiff,        Civil Action No.:
                                  5:16-CV-00153-RWS

vs.

COMODO SECURITY SOLUTIONS, INC.,

        Defendant.

WETRO LAN LLC,

        Plaintiff,        Civil Action No.:
                                  5:16-CV-00155-RWS

vs.

KASPERSKY LAB, INC.,

        Defendant.

## FINAL JUDGMENT

In accordance with the Plaintiff Wetro Lan LLC and Defendant Kaspersky Lab, Inc.'s Joint Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this Court hereby **ORDERS** that Consolidated Case No. 5:16-cv-00155-RWS is **DISMISSED WITH PREJUDICE**.

Each party shall bear its own attorneys' fees and costs.

All relief not previously granted is hereby **DENIED**.

The Clerk of the Court is directed to terminate Defendant Kaspersky Lab, Inc., from the lead case (5:16-cv-00153-RWS) and to **CLOSE** the lead case and consolidated case (5:17-cv-00155-RWS).

**So ORDERED and SIGNED this 28th day of August, 2017.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE